Carolyn Lindholm
Bar No: 106450
tocarolynlindholm@gmail.com
4445 Dundee Drive
Los Angeles, CA. 90027
323-522-6226

Attorney for FAB 5, LLC and ROBERT LINDHOLM

**FILED**

**SEP 03 2024**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FAB 5, LLC,<br><br>　　　　　Debtor.<br><br>FAB 5, LLC and ROBERT LINDHOLM,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CRAIG COWLEY, COWLEY PERFORMANCE HORSES, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:24-bk-15398-SK<br>Chapter 7<br><br>ADVERSARY NO.<br><br>**ADVERSARY COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

PLAINTIFFS FAB 5, LLC and ROBERT LINDHOLM, by and through their attorney of record, file this complaint, and allege the following in support of the requested relief.

JURISDICTION

1. This is an adversary proceeding in which Plaintiff ROBERT LINDHOLM is seeking an order by this Court to turn over his property, identified as seven horses (hereinafter "the horses") being held by Defendants, CRAIG COWLEY, COWLEY PERFORMANCE HORSES, and

1  DOES 1 through 50, inclusive.    The seven horses came to be in the possession of Defendants as a

2  result of fraud and misrepresentations by Defendants.

3       2. This is an adversary proceeding in which Plaintiff FAB 5, LLC is seeking a

4  determination by the Court of the validity, priority, and extent of the lien asserted by creditors

5  CRAIG COWLEY and COWLEY PERFORMANCE HORSES relating to training and care of the

6  seven horses.

7       3. This Court has jurisdiction as FAB 5, LLC has filed a bankruptcy, Defendants have

8  filed a creditor's claim, and possession of the horses and the creditors' claims are already before

9  this Court.

10       4. FAB 5, LLC was set up for a business which included a stallion breeding business.  The

11  seven horses owned by Plaintiff ROBERT LINDHOLM were to be transferred into FAB 5, LLC,

12  and it was believed that the horses had been properly transferred to FAB 5, LLC.  Plaintiff

13  ROBERT LINDHOLM has just recently learned since the sudden death of his accountant on July

14  27, 2024 that the horses were never transferred to FAB 5, LLC, and that he is still the lawful

15  owner of the horses.

16                          BACKGROUND FACTS

17       5. An oral contract was entered into with Defendant CRAIG COWLEY and COWLEY

18  PERFORMANCE HORSES for training and care of five horses, and care only of two older

19  horses.  The horses would not have been placed in the training and/or care of these Defendants but

20  for fraud and misrepresentations made by CRAIG COWLEY (hereinafter "Cowley"), including

21  but not limited to that Plaintiff ROBERT LINDHOLM (hereinafter "Lindholm") did not know that

22  the facility at which the horses would be kept while in Cowley's care had absolutely no business

23  licenses, conditional use permits, building permits, or any license of any type which is required to

24  build and operate a stable at which horses are boarded in the County of Riverside, State of

25  California, and further that Cowley himself had no business licenses, any existing valid business

26  entity, insurance, or workers' compensation insurance for his employees.  Lindholm did not learn

27  until sometime after the horses were in the possession of Cowley that the horses could not

28  possibly be getting the care and training contracted for, when Cowley, who had one assistant at the

1    time, told Lindholm that he had "about 40 horses in training." Cowley has asserted a lien on the

2    horses for services rendered, the amount of which is at issue, and Cowley has refused to release

3    the horses.

4        6. Lindholm is informed, believes, and hereon alleges that the facility at which Cowley is

5    holding the horses is the subject of multiple investigations and actions by various County, State,

6    and Federal governmental agencies. A Cease and Desist Order has been posted on the gate to the

7    property, a copy of which is attached hereto as Exhibit A, and further related documentation from

8    Riverside County Code Enforcement is attached hereto as Exhibit B. Plaintiff Robert Lindholm is

9    informed, believes, and thereon alleges that the facility at which the horses are being held is at risk

10   for being suddenly closed any day. Plaintiff Robert Lindholm has arranged for the horses to move

11   into a professionally-run and high quality boarding stable which is, most importantly, a safe place

12   for the horses where they will be well cared for, the location of which will not be revealed for the

13   safety of the horses.

14                             COUNT 1

15                      (RECOVERY OF PROPERTY)

16       7. Plaintiffs reallege and incorporate herein the allegations contained in all paragraphs

17   above.

18       8. The horses are the property of Lindholm and should be returned to his custody and care,

19   so that they can be placed at a safe facility where they will be well cared for.

20                             COUNT 2

21              (VALIDITY, PRIORITY AND EXTENT OF LIEN)

22       9. Plaintiffs reallege and incorporate herein the allegations contained in all paragraphs

23   above.

24       10. A dispute exists as to whether Defendants have any valid lien at all, as to the amount

25   due for services rendered by Defendants, and as to the priority of any lien for services rendered by

26   Defendants.

27       WHEREFORE, Plaintiffs FAB 5, LLC and ROBERT LINDHOLM respectfully request

28   that the Court order the immediate release of the seven horses to ROBERT LINDHOLM, that the

1  Court rule upon the validity, priority and extent of the lien asserted by Defendants CRAIG

2  COWLEY and COWLEY PERFORMANCE HORSES, as further set forth in the creditor's claim

3  filed in the FAB 5, LLC bankruptcy, and for such other and further relief the Court deems

4  appropriate.

5  DATED:  August 30 , 2024

6

7                                                              By _____

8                                                              Carolyn Lindholm
                                                               Attorneys for FAB 5, LLC and ROBERT
9                                                              LINDHOLM

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**County of Riverside**
**Code Enforcement Department**

## CEASE AND DESIST

April 21, 2024

Owners / Occupants / Responsible Parties:

| Alan Needle, Kay Needle 39560 E. Benton Rd Temecula, Ca 92592 | |
|---|---|

Re:   39560 E. Benton Rd Temecula, Ca 92592
      (APN # 915-120-044) (Property)
      Code Enforcement Case No. CVZO240281

CEASE AND DESIST all activities (including large events and all advertising, selling, renting, taking reservations, and parking related to such events) in violation of Riverside County Ordinance No. 348.

**You must <u>immediately</u> contact Code Enforcement at (951) 955-2004 to schedule a compliance inspection to be conducted no later than May 1, 2024.**

To All Responsible Parties:

According to County of Riverside (County) investigations, unlawful land uses and associated activities have occurred on the subject Property, including, but not limited to, unpermitted events and related activities, including advertising, selling, renting, taking reservations, among others, as well as all unpermitted parking for such events, on the subject Property and adjacent vacant parcel(s).

The County considers such unlawful/unpermitted uses and activities to constitute a public nuisance due to the violation of Riverside County Ordinance (RCO) No. 348. The County has the authority to control local land uses and to regulate and ban unpermitted and unlawful activity within its jurisdiction. Events and related business activities are unlawful in A-2-10 zone without a valid land use permit issued by the County.

**ACCORDINGLY, YOU ARE HEREBY ORDERED to immediately CEASE AND DESIST all uses and activities (including advertising, selling, renting, taking reservations) relating to unpermitted events at the subject Property.**

4080 Lemon Street, 12th Floor, Riverside, CALIFORNIA 92501
(951) 955-2004 ▪ FAX (951) 955-8680

39560 E Benton Rd. Temecula, Ca. 92592 (APN # 915-120-044)
Code Enforcement Case No. CVZO230342

April 21, 2024

You must contact the County Code Enforcement Department at (951) 955-2004 immediately to schedule a compliance inspection date, which must take place no later than May 1, 2024. At the compliance inspection, the Code Enforcement officer shall verify that the unlawful activity has been terminated.

As a result of failure to bring the subject Property into compliance with the Ordinances, the County recorded a Notice of Pendency of Administrative Proceedings, providing notice that administrative proceedings have been commenced with respect to the public nuisance and code violations on the subject Property.

PLEASE BE ADVISED that the County will continue to use all available legal means to prohibit unpermitted uses, events, activities, and other violations within the unincorporated County area. **If a compliance inspection is not completed on or before May 1, 2024, the County will proceed to immediately file a lawsuit against you.**

Additionally, any and all information pertaining to criminal activity as a result of unlawful and unpermitted events within the unincorporated area of the County may be shared with appropriate law enforcement agencies to pursue criminal action at the discretion of the agency.

The Property owner and any other responsible party shall be liable for all abatement fees and costs, expenses, and administrative costs associated with the abatement/removal of the public nuisance and violations of the RCO. (See RCO No. 725; Gov. Code, § 25845.) Pursuant to Government Code section 25845, unpaid abatement costs may be specially assessed against the subject Property. The assessment may be collected at the same time and in the same manner as the collection of ordinary county taxes are collected and shall be subject to the same penalties and the same procedure and sale in case of delinquency as are provided for ordinary county taxes. Specifically, fees and costs related to the enforcement and abatement of the code violations may result in the imposition of a lien and special tax assessment against the subject Property. **The violations of RCO No. 348 at the subject Property already have resulted in abatement costs, including but not limited to investigation costs, attorneys' fees, and civil penalties accruing at the rate of up to $1,000 per day for each day that the violations continue to exist. (See RCO No. 725.)**

Once abatement is complete and confirmed, you may contact the County Code Enforcement Department to discuss the final outstanding balance of unpaid abatement costs and/or civil penalties, after which the County may release the Notice of Pendency recorded against the subject Property.

Sincerely,
RON WELCH
Supervising Code Enforcement Officer SET

ROBERT MAGEE
Code Enforcement Director

4080 Lemon Street, 12th Floor, Riverside, CALIFORNIA 92501
(951) 955-2004 • FAX (951) 955-8680

# CODE ENFORCEMENT DEPARTMENT
# COUNTY OF RIVERSIDE

## AFFIDAVIT OF POSTING OF NOTICES

May 12, 2024

RE CASE NO: CVZO240281

I, Michael Collins, **hereby declare:**

I am employed by the Riverside County Code Enforcement Department; that my business address is:

4080 Lemon Street, 12th Floor, P.O. Box 1469, Riverside, CA 92502 • (951) 955-2004 • FAX (951) 955-8680

That on 5/11/24 at 6:09pm, I securely and conspicuously posted the Cease And Desist order for Ord. 348 Sec 3.3 [RCC 17.12.040], Ord. 348 Sec. 18.2(A) (2) [RCC 17.172.020(A)(2)].

at the property described as:

**Property Address:** 39560 E BENTON RD, TEMECULA, CA 92592

**Assessor's Parcel Number:** 915120044

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2024 in the County of Riverside, California.

CODE ENFORCEMENT DEPARTMENT

*Michael Collins*

By: Michael Collins, Senior Code Enforcement Officer

# EXHIBIT B



# CODE ENFORCEMENT DEPARTMENT
# COUNTY OF RIVERSIDE

## PROOF OF SERVICE

Case No. CVZO231218

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I, <u>ALLENA PORTER</u>, declare that I am a citizen of the United States and am employed in the County of Riverside, over the age of 18 years and not a party to the within action or proceeding; that my business address is at the footer of this notice.

That on March 26, 2024, I served the following documents(s):

### FF- Advisory Notice
Ord. 348 Sec 18.2(A)(1) [RCC 17.172.020(A)(1)]:

by placing a true copy thereof enclosed in a sealed envelope(s) by **First Class Mail** addressed as follows:

ALAN NEEDLE; KAY NEEDLE, 39560 E BENTON RD, TEMECULA, CA 92592

    <u>XX</u>  **By First Class Mail.** I am readily familiar with the office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service with postage thereon fully prepaid in the County of Riverside, California, in the ordinary course of business.

    <u>XX</u>  **STATE.** I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED ON March 26, 2024, in the County of Riverside, California.

CODE ENFORCEMENT DEPARTMENT

By: ALLENA PORTER, Code Enforcement Aide



# CODE ENFORCEMENT DEPARTMENT
# COUNTY OF RIVERSIDE

## ADVISORY NOTICE

March 26, 2024

ALAN NEEDLE; KAY NEEDLE
39560 E BENTON RD
TEMECULA, CA 92592

Case No.:  CVZO231218
Re:   39560 E BENTON RD, TEMECULA, CA 92592   APN:  915120044

Dear:  ALAN NEEDLE; KAY NEEDLE:

The County of Riverside Code Enforcement Department has received a complaint or observed an issue, regarding property in your possession or under your control. It has been reported that there may be conditions on your property that are in violation of the following Riverside County Code(s).

**Alleged Violation(s):**

1) **Zoning Violation-Excessive Animals - Ord. 348 Sec 18.2(A)(1) [RCC 17.172.020(A)(1)]: - No land, building, or structure shall be used, constructed, altered, or maintained except in conformance with the provisions of this title-Excessive Animals.**

   *Corrective Action:*   Remove all or reduce to (25 horses)

You are hereby notified that an investigation of this matter will be conducted by a Code Enforcement Officer. Should your property be in violation of the above code/s or any other ordinances enforced by the Code Enforcement Department you may be subject to additional enforcement actions. You may also be liable for any administrative and civil fees, costs, and penalties as set forth in RCO No. 725, including criminal penalties. Continued noncompliance could result in the imposition of a lien and special tax assessment against the property for Abatement Costs and fees related to the enforcement of the Land Use Ordinances and abatement of the conditions in violation on the property.

The current Code Violation Fee imposed upon issuance of a "Notice of Violation and Order to Abate Public Nuisance" is $450.04. Additional fees are listed on the following page.

*Please be advised that this is only an Advisory Notice. THIS IS NOT A CITATION.

For questions regarding this notice or to schedule an appointment, please contact your local County of Riverside Code Enforcement District Office at (951) 955-2004 or (760) 393-3344. Field offices are open by appointment only.

Thank you in advance for your immediate attention to this matter.

CODE ENFORCEMENT DEPARTMENT

By: Angie Solis, Senior Code Enforcement Officer



# CODE ENFORCEMENT DEPARTMENT
# COUNTY OF RIVERSIDE
## CODE ENFORCEMENT FEES

On December 11, 2018 (effective February 11, 2019), the County of Riverside Board of Supervisors adopted an amendment to Riverside County Ordinance (RCO) No. 725 (Agenda Item 9.3). RCO No. 725 sets forth the penalties for violating the County's land use ordinances and establishes the administrative hearing process for the administrative abatement of such violations and public nuisances. The amendment establishes a flat-fee system that allows for the reasonable distribution of the costs related to responding to, processing and resolving code violations, and streamlines

A summary of the current fees set by the Board of Supervisors and when each is imposed is detailed below:

| FEE ITEM | DESCRIPTION | |
|---|---|---|
| **Code Violation Fee** | Imposed when the Enforcement Officer conducts an inspection and issues a "Notice of Violation and Order to Abate Public Nuisance" after verification of violation(s) of a provision(s) of the Land Use Ordinances, codes or State law enforced by the Department. Covers reasonable costs incurred by the Department for activities from the initial inspection and issuance of the "Notice of Violation and Order to Abate Public Nuisance". | $450.04 |
| **Noncompliance Fee** | Imposed upon issuance of a Notice of Pendency of Administrative Proceedings (NOP) or a Notice of Noncompliance (NONC) for failure of a Property Owner or any other Responsible Party to correct a violation after receipt of a Notice of Violation and Order to Abate Public Nuisance". Covers reasonable costs incurred by the Department for activities completed by the Department after a subsequent inspection to confirm a remaining violation(s), as well as to cover the reasonable cost of preparing the NOP or NONC and then releasing it when the violation has been resolved. | $630.24 |
| **Extension Fee** | Imposed against a property whenever additional time beyond the compliance period is requested by a Property Owner or any other Responsible Party to complete corrective actions. An application for an extension and payment of the Extension Fee is required, as well as the Enforcement Officer's approval of the application. Covers reasonable costs incurred by the Department for activities conducted to provide an extension and conduct a subsequent inspection to assess the status of the violation and confirm if a violation has been resolved. | $247.40 |
| **Abatement Fee** | Imposed as a result of either: the application for a warrant from a court of competent jurisdiction or the physical abatement of the nuisance by County personnel, or by a private contractor under the direction of an enforcement officer, or; The commencement of a civil action to redress, enjoin and abate the public nuisance. | $1,665.86 |
| **Hearing Fee** | Imposed for the filing, processing and handling of the Administrative Hearings under this ordinance. | $878.50 |

**Additional abatement costs, as defined in RCO 725, may apply in some cases.**

# Code Enforcement Case: CVCO230710
## Entered On: 10/25/2023   5:06 PM
## Printed On: 08/12/2024

Topic: Construction (CVCO)                    Status: Open

Due Date:                                     Assigned To: Angie Solis

Pending:                                      Area #: District 3

### Property Location

Occupant Name:

Address: 39560 E BENTON RD, TEMECULA, CA 92592          Zoning: A-2-10

APN: 915120044                                Waterboard: SAN DIEGO

Acres: 9.78                                   Alert:

### Owner Information

Owner Name: ALAN NEEDLE; KAY NEEDLE

Address:     39560 E BENTON RD
             TEMECULA, cCA

**Additional Information**

### Time Tracking

| Time Type | User | Date | Start Time | EndTime | Total Time |
|-----------|------|------|------------|---------|------------|
| CDE: Office Work | Courtnae Sawyers | 10/25/2023 | | | 0.33 |

**Comments**
RP:

RP called and said that there are over 100 horses on the property and that stables were built on the property Call transferred from Building and Safety and advised there was no permit for the stables.

Excessive Animal Case No.: CVZO231218

| CDE: Office Work | Joslyn Adorno | 10/26/2023 | | | 0.16 |
|-----------|------|------|------------|---------|------------|

**Comments**

████████████ CALLED IN CHECKING IF THE CASES ARE OPEN -- ADVISED CALLER OF STATUS

** EMAILED CEO

| CDE: Office Work | Rogelio (Roger) Nevarez | 10/30/2023 | 0.08 |
|---|---|---|---|

**Comments**
CREATED HARD CASE FILE AND PROVIDED CASE TO ASSIGNED SR. CEO A. SOLIS

| CDE: Office Work | Chelsea Mark | 4/1/2024 | 0.25 |
|---|---|---|---|

**Comments**
PO Alan called attempting to get info of who the reporting party was as he has a current ongoing court case with a former client and he believes the client is the RP. He would like to speak to you about the details of th case as he owns the 19.5 acre lot next to this one as well. Alan was transferred to your VM and his call back number is ████████████

| CDE: Office Work | Chelsea Mark | 4/23/2024 | 0.25 |
|---|---|---|---|

**Comments**
RP ████████ called requesting to speak with SUP CEO Solis, as ██ was returning a call from her. I was unable to reach her. Contact info ████████████ Emailed CEO

| CDE: Office Work | Chelsea Mark | 6/25/2024 | 0.16 |
|---|---|---|---|

**Comments**
████████████ CALLED REQUESTING TO SPEAK WITH CEO. ██ WAS TRANSFERRED. CALL BACK ████████████

| CDE: Office Work | Allysa Lee Padilla | 6/26/2024 | 0.16 |
|---|---|---|---|

**Comments**
████████ Called requesting to speak with SR CEO Collins and stated ██ was told per SR CEO Solis to reach out to ██. I informed ████ that SR Collins was not in until tomorrow and asked if ██ would like to speak with SR CEO Solis to which ████ stated ██ had already spoken to SR CEO Solis and had left a message for Sr Collins and not received a call back. ████ stated ██ had a complaint for animal neglect which I provided ██ would need to reach out to Animal Control for and ██ stated that was ██ next call. I informed ████, I would email SR CEO for a call back. ██ call back # ████████████

Emailed SR CEO Solis

| CDE: Office Work | Angie Solis | 7/1/2024 | 0.25 |
|---|---|---|---|

**Comments**
Spoke to RP ████████████ called again regarding the Tucalota Creek and what enforcement we are currently taking. ██ mentioned ██ spoke to Senior Collins and that ██ disclosed ██ posted a CEASE AND DESIST order, explained that ██ was not the assigned officer just posted the notice. ██ gave some detail about the case but ████ is still looking for more details and additional enforcement. I let ████ know that Vanessa Fernandez is assigned to the case and that ██ can reach her through the main line. A SOLIS

| CDE: Office Work | Joslyn Adorno | 7/1/2024 | | 0.33 |
|---|---|---|---|---|

**Comments**
██████ CALLED IN - TRANSFERRED OVER TO CEO SOLIS

CALL BACK ████████

| CDE: Public Records Request | Tanya Challoner | 8/5/2024 | | 0.16 |
|---|---|---|---|---|

**Comments**
Received Public Records Request 8/2/24 #24-3735. Brian White Reviewed. Released 8/5/24.

| CDE: Public Records Request | Stacy Magana | 8/12/2024 | | 0.16 |
|---|---|---|---|---|

**Comments**
RECIEVED PRR VIA NEXTREQUEST 24-3852

## Violations

| Violation Type | Due Date | Status | Closed Date |
|---|---|---|---|
| 1. Construction Without Permit (CWP) | 10/25/2023 | In Violation | |

Obtain all required permits and conform to current codes by completing and satisfying all requirements for permits, conditions and approvals or remove the unpermitted construction. (HORSE STABLES)

## Additional Contacts

Contact Type:        Owner
Name:                ALAN NEEDLE
Address:

Phone:        ████████        Cell #:

# Code Enforcement Case: CVZO240281
## Entered On: 03/20/2024  6:19 PM
## Printed On: 08/12/2024

Topic: Zoning (CVZO)

Due Date:

Pending:

Status: Open

Assigned To: Vanessa Fernandez

Area #: District 3

### Property Location

Occupant Name:

Address: 39560 E BENTON RD, TEMECULA, CA 92592

APN: 915120044

Acres: 9.78

Zoning: A-2-10

Waterboard: SAN DIEGO

Alert:

### Owner Information

Owner Name: ALAN NEEDLE; KAY NEEDLE

Address:     39560 E BENTON RD
             TEMECULA

### Additional Information

### Time Tracking

| Time Type | User | Date | Start Time | EndTime | Total Time |
|---|---|---|---|---|---|
| CDE: Office Work | Vanessa Fernandez | 3/20/2024 | | | 0.41 |

**Comments**
Per Supv Welch opened code case.

| CDE: Office Work | Vanessa Fernandez | 3/20/2024 | | | 1.25 |

**Comments**
I conducted a online search for any advertisments or listing about this property. I found a few sites with advertising weddings and a yelp site. Below is two listings of the advertisments.
https://www.yelp.com/biz/tucalota-creek-ranch-temecula

https://www.weddingwire.com/biz/tucalota-creek-ranch/7808cda42621cf80.html

| CDE: Office Work | Vanessa Fernandez | 3/20/2024 | | | 0.50 |

**Comments**
uploaded photos to Files.

| CDE: Office Work | Vanessa Fernandez | 3/21/2024 | 1.75 |
|---|---|---|---|

**Comments**
per supv Welch i'vr conducted more research online to see if there were any rodeo events or listing of some sort. While searching I found they host for riders and trainers and their horses for events.

https://www.ranchlifestyle.com/horses.html

https://www.ranchlifestyle.com/events.html

| CDE: Office Work | Vanessa Fernandez | 3/28/2024 | 1.58 |
|---|---|---|---|

**Comments**
Prepared a Litigation packet.

| CDE: Office Work | Ronald Welch | 4/21/2024 | 0.50 |
|---|---|---|---|

**Comments**
Created C&D and returned File to Tech. Fernandez

| CDE: Office Work | Chelsea Mark | 4/23/2024 | 0.25 |
|---|---|---|---|

**Comments**
RP ▆▆▆▆ called requesting to speak with SUP CEO Solis, as ▆ was returning a call from her. I was unable to reach her. Contact info ▆▆▆▆▆▆▆ Emailed CEO

| CDE: Field Work | Michael Collins | 5/11/2024 | 0.25 |
|---|---|---|---|

**Comments**
5-11-24: I posted the Cease & Desist order prominently on the entrance gate and took a photo of the posting.

| CDE: Travel Time | Michael Collins | 5/11/2024 | 1.83 |
|---|---|---|---|

**Comments**

| CDE: Office Work | Michael Collins | 5/12/2024 | 0.33 |
|---|---|---|---|

**Comments**
5-12-24: Created AOP for the posting and uploaded the AOP and photos to PLUS.

| CDE: Office Work | Chelsea Mark | 5/13/2024 | 0.25 |
|---|---|---|---|

**Comments**
PO Alan called requesting to schedule appt with CEO. He was transferred to CEO Collins VM. PO contact ▆▆▆▆▆▆. Emailed CEO.

| CDE: Office Work | Allysa Lee Padilla | 5/14/2024 | 0.16 |

**Comments**
PO Alan Needle called requesting to speak with SR CEO regarding a request to schedule a compliance inspection. Per SR CEO, Transferred to desk VM.

Alan Needle contact 

Emailed SR CEO

| CDE: Office Work | Vanessa Fernandez | 5/14/2024 | 0.33 |

**Comments**
Uploaded a revised C &D onto Files

| CDE: Office Work | Michael Collins | 5/16/2024 | 0.33 |

**Comments**
5-16-24:  Returned call to PO Allen ▉▉▉▉▉ and explained the Cease & Desist.  He will call CEO Welch on Friday 5-17-24 with more questions.  He stated during the call that he had small horse shows several times per year and only had one wedding last year.  I pointed out that he still had online adverts and he stated that he would work on getting them taken down right away.  I explained the civil process (injunction) if he did not come into compliance.

| CDE: Office Work | Allysa Lee Padilla | 5/17/2024 | 0.16 |

**Comments**
PO Alan Needle called requesting to speak with SUP CEO Welch.
I was unable to make contact on cell/desk. I transferred PO to SUP CEO desk VM. PO would like a call back.
Alan Needle call back # ▉▉▉▉▉

**Emailed SUP CEO & SR CEO**

| CDE: Office Work | Sylvia Samerdjian | 5/20/2024 | 0.16 |

**Comments**
5/20/2024 Email sent to Sup CEO R. Welch:
Good afternoon, caller requested to be transferred to your desk voice mail.

PO Alan Needle ▉▉▉▉▉

CVZO240281 (39560 E BENTON RD TEMECULA, CA 92592) APN:915120044

| CDE: Office Work | Vanessa Fernandez | 6/27/2024 | 2.75 |

**Comments**
per Supv welch i was ask to do research on this property to see if there were any advertisments or any kinds. What I found was this property has advertise for a production of wine at their location. below is the link
https://www.ranchlifestyle.com/about.html

8/12/2024

| CDE: Office Work | Angie Solis | 7/2/2024 | 0.08 |

**Comments**
Spoke to RP █████████████████████ called again regarding the Tucalota Creek and what enforcement we are currently taking. ████ mentioned █ spoke to Senior Collins and that █ disclosed █ posted a CEASE AND DESIST order, explained that █ was not the assigned officer just posted the notice. █ gave some detail about the case but ████ is still looking for more details and additional enforcement. I let ████ know that Vanessa Fernandez is assigned to the case and that █ can reach her through the main line. ASOLIS

| CDE: Office Work | Chelsea Mark | 7/2/2024 | 0.16 |

**Comments**
████████████ called requesting to speak with Vanessa Fernandez. █ was transferred to VM. Call back ██████████

| CDE: Office Work | Vanessa Fernandez | 7/5/2024 | 1.75 |

**Comments**
Per Sr. CEO Collins i was asked to check if their advertising for any events. While searching I didn't find any wedding events but I did find on their website that they make/sell wine.

| CDE: Office Work | Michael Collins | 7/5/2024 | 0.33 |

**Comments**
7-5-24: Returned a call to ████████████████████ who wanted information on the ongoing investigation of this property. I told ████ that our investigation is ongoing and that I could not provide details as █ was not a party involved in our investigation. NOTE: ███████████ HAS AN ONGOING CIVIL LITIGATION CASE REGARDING THIS PROPERTY AND HAS CALLED NUMEROUS TIMES TRYING TO GET DETAILS OF OUR INVESTIGATION. ALL CALLS FROM ████████████ MUST BE DIRECTED TO SENIOR OFFICER COLLINS. DO NO RETURN CALLS OR GIVE CASE DETAILS TO ANYONE REQUESTING THEM. DIRECT ALL INQUIRIES TO SENIOR OFFICER COLLINS.

| CDE: Office Work | Dianna Iris Guerrero | 7/8/2024 | 0.13 |

**Comments**
██████████████ requested a PRR, I directed █ to site to complete PRR.

| CDE: Office Work | Michael Collins | 8/1/2024 | 0.50 |

**Comments**
8-1-24: Finally connected with PO Allen ██████████. I explained that his property was still listed as a wedding venue on The Knot and that he had to remove that before we would consider closing the case. He said that he would get right on it to remove the posting. I also explained the Cease & Desist and the ramifications if he held any events on the property without obtaining the proper approvals from the County. I explained the Special Events permitting process as well as the potential to get a CUP from Planning to use the property as an event venue. He stated that he understood everything I had explained.

| CDE: Office Work | Michael Collins | 8/1/2024 | 0.33 |

**Comments**
8-1-24: Left several messages on voicemail with my desk phone number.

| CDE: Public Records Request | Tanya Challoner | 8/5/2024 | 0.33 |

**Comments**
Received Public Records Request 8/2/24 #24-3735. Brian White Reviewed. Released 8/5/24.

| CDE: Office Work | Joslyn Adorno | 8/7/2024 | 0.33 |

**Comments**
GOOD MORNING,

█████████ REQUESTED A CALL BACK REGARDING CASE.

CALL BACK ██████████

EMAILED CEO COLLINS

| CDE: Public Records Request | Brian White | 8/7/2024 | 0.33 |

**Comments**
I talked to ██████████ regarding APN: 915-120-044. ██████████ has a court hearing next Wednesday (8/14/2024) and ██ is requesting a copy of the cease-and-desist letter. I inform █████ of our process (I give ██ a step-by-step process on applying on-line at riversidecountyca.nextrequest.com). I also gave ██████ my personal work number if ██ has any additional questions.

| CDE: Office Work | Michael Collins | 8/8/2024 | 0.33 |

**Comments**
8-8-24: Returned a call to ██████████████ who wanted information on what the Cease & Desist order pertained to  Specifically, ██ wanted to know whether it had anything to do with horses as ██ is involved in a lawsuit over horses ██ has on the property. ██ stated that ██ had a hearing coming up and didn't think ██ public records request would be complete in time for that hearing.  I informed ████ that any details on the case had to be obtained through a public records request. ████ asked about the other two cases on the property and I told ████ that the only case that I was involved in was this one (CVZO240281) which was a zoning case and that if ████ wanted further information, ███ had to obtain it through a public records request.

| Violations | | | |
| --- | --- | --- | --- |
| **Violation Type** | **Due Date** | **Status** | **Closed Date** |
| 1. Zoning Violation-Land Use Permit Required | 3/20/2024 | In Violation | |

Discontinue use(description here). Riverside County Planning Department approval and completed conditions are necessary prior to conducting this use. Contact the Planning Department at 951-955-3200 for further information.

| 2. Zoning Violation-Business/Activity Not Allowed | 3/20/2024 | In Violation | |

Discontinue use. Riverside County, Planning Department approval and completed conditions are necessary prior to conducting this use. Contact the Planning Department at 951-955-3200 for further information.

## Additional Contacts

Contact Type:     Owner
Name:             ALAN NEEDLE
Address:

Phone:            ████████        Cell #:

1

## PROOF OF SERVICE

2

### BK Case No. 2:24-bk-15398-SK

3

4 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

5        At the time of service, I was over 18 years of age and not a party to this action.  I
am employed in the County of Los Angeles, State of California.  My business address for
6 this matter is 4445 Dundee Drive, Los Angeles, CA. 90027.

7        On September 3, 2024, I served true copies of the following document, described as
ADVERSARY COMPLAINT and ADVERSARY PROCEEDING COVER SHEET on
8 the interested parties in this action as follows:

9 Ron.Maroko@usdoj.gov

10 cdye@cdye.com

11 cowleyperformancehorses@gmail.com:
Craig Cowley, Cowley Performance Horses, 39560 E. Benton Rd., Temecula, CA 92592
12

alandneedle@gmail.com;
13 Tucalota Creek Ranch, Inc., Alan  Needle, Kay Needle, 39560 E. Benton Rd., Temecula,
CA. 92592;
14

 jboyle@hershlaw.com
15

coryculverlaw@outlook.com
16

17        **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the
document to be sent to the e-mail addresses listed above, and I did not receive, within a
18 reasonable time after the transmission, any electronic message or other indication that the
transmission was unsuccessful.
19

        I declare under penalty of perjury under the laws of the State of California that the
20 foregoing is true and correct.

21        Executed on September 3, 2024, at Los Angeles, California.

22

23        _____
                    Carolyn Lindholm
24

25

26

27

28